Christina M. Coleman (SBN 192578)
christina@christinacolemanlaw.com
LAW OFFICES OF CHRISTINA M. COLEMAN, APC
5514 Wilshire Blvd., Floor 1
Los Angeles, CA 90036
Phone: (323) 592-3605
Fax: (323) 843-1715

Attorney for Plaintiff,
SHAQUEAL ADKINS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAQUEAL ADKINS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE HERTZ CORPORATION, a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:18-cv-08062-FMO (Ex)<br><br>*Assigned to Hon. Fernando M. Olguin, Dept 6D*<br><br>**ORDER ON STIPULATED PROTECTIVE ORDER RE: CONTACT INFORMATION FOR DEFENDANT'S EMPLOYEES**<br><br>Action filed: June 12, 2018<br>Removal Date: September 18, 2018<br>Trial Date: December 3, 2019 |

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby orders as follows:

1. Defendant need not provide the contact information for any of Defendant's current employees.

2. Defendant shall produce Defendant's current employees for deposition pursuant to a notice of deposition, without need for service of a subpoena.

3. Defendant shall produce Defendant's current employees at trial pursuant to a request by Plaintiff, without need for service of a subpoena.

4. If the employment of one of Defendant's employees who has been identified in discovery ends during the pendency of this case for any reason,

Defendant will provide the last known home address and telephone number for that employee within 5 days of the employee's separation.

5.  Defendant shall forthwith disclose the last known home address and telephone number of any witness who Defendant identifies in discovery, or who Plaintiff identifies as a witness and for whom Plaintiff seeks the contact information from Defendant, who is not currently an employee of Defendant, pursuant to the protections provided by this stipulated protective order.

6.  With respect to the home address and telephone number of any current or former employee of Defendant provided by Defendant in response to Plaintiff's discovery and/or pursuant to this stipulation, this information shall be used by counsel for solely for purposes of this litigation and, except by agreement between the parties or further order of this Court, shall not be disclosed to any person other than the following, and even then, only on a need-to-know basis:

   a.  The Court and any Court staff and administrative personnel;

   b.  Counsel for any party to this action, including support staff of such counsel;

   c.  Named parties and/or officers or employees of any party to this action who are assisting counsel in the prosecution or defense of this action, but only if such parties have agreed to the terms of this Protective Order and signed an acknowledgment of same;

   d.  Any court reporter employed in this litigation and acting in that capacity;

   e.  Experts or consultants retained by counsel to assist in the preparation of this action or to testify at trial or at any other proceeding of this action if such parties have agreed to the terms of this Protective Order and signed an acknowledgment of same; and

   f.  Any person testifying at deposition who agrees to the Protective Order and signed an acknowledgment of same.

7. Nothing contained within this order shall serve or be construed as a waiver of either party of any rights or privileges of any kind, nor shall anything contained within this order be construed as an agreement or admission by any party that any of the information to be produced is relevant or admissible in this proceeding.

8. Either party may move the Court to enforce compliance with this stipulation, if necessary.

Dated: 3/12/19

~~Magistrate~~ Charles F. Eick
United States Magistrate Judge